JOHN J. FALCOCCHIA, ESQ., S. B.# 164505
LAW OFFICES OF JOHN J. FALCOCCHIA
950 S. Bascom Avenue, Suite 1113
San Jose, CA 95128
Tel: (408) 286-9105
Fax (408) 286-0964

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZULEIMA BOTELLO,<br>a minor, by and through her<br>Guardian ad Litem,<br><br>Plaintiff,<br><br>v.<br><br><br>MORGAN HILL UNIFIED SCHOOL<br>DISTRICT; SUERINTENDENT<br>ALLAN NISHINO; DEPUTY<br>SUPERINTENDENT BONNIE TAGNAZZINI;<br>PRINCIPAL BARBARA NAKASOME;<br>ASSISTANT PRINCIPAL GLENN WEBB;<br>ASSISTANT PRINICPAL REX COFFMAN;<br>ALEX AASEN; WILBERT WHITE;<br>LEONARD WEBB; JUDY KENNEY;<br>RICHARD NATHANSON, TAMMY KECK;<br>PRESIDENT DON MOODY;<br>BART FISHER; SHELLE' THOMAS; MIKE<br>HICKEY; KATHLEEN SULLIVAN; PETER<br>MANDEL; JULIA HOVER-SMOOT; and<br>DOES 1 through 100 inclusive.<br><br>Defendants. | ) CASE NO: C09-02121 HRL<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE HEARING DATE<br>) ON MOTION TO DISMISS AND.<br>) STRIKE<br>) **AS AMENDED BY THE COURT**<br>) CIVIL L.R. 7-7 (b)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

It is hereby stipulated by and among the parties to this action, through their respective counsel, that the hearing date of defendants motion to dismiss and strike portions of plaintiffs complaint presently set for September 22, 2009 at 10:00 AM be continued for 30 days.

Dated: September _____ ⊻ , 2009

_____
John J. Falcocchia
Counsel of Plaintiff

Dated: September ___4___ , 2009

_____
Matthew J. Tamel
Counsel for Defendants

ORDER

**Defendants' motion has been continued to October 27, 2009, at 10:00 a.m.**
It is so ordered.

Dated: September __9__ , 2009

_____
Honorable Howard R. Lloyd

2