\*\* E-filed September 9, 2009 \*\*

1  JOHN J. FALCOCCHIA, ESQ., S. B.# 164505
   LAW OFFICES OF JOHN J. FALCOCCHIA
2  950 S. Bascom Avenue, Suite 1113
   San Jose, CA 95128
3  Tel: (408) 286-9105
   Fax (408) 286-0964
4
5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZULEIMA BOTELLO, a minor, by and through her Guardian ad Litem, <br><br>Plaintiff, <br><br>v. <br><br>MORGAN HILL UNIFIED SCHOOL DISTRICT; SUERINTENDENT ALLAN NISHINO; DEPUTY SUPERINTENDENT BONNIE TAGNAZZINI; PRINCIPAL BARBARA NAKASOME; ASSISTANT PRINCIPAL GLENN WEBB; ASSISTANT PRINICPAL REX COFFMAN; ALEX AASEN; WILBERT WHITE; LEONARD WEBB; JUDY KENNEY; RICHARD NATHANSON, TAMMY KECK; PRESIDENT DON MOODY; BART FISHER; SHELLE' THOMAS; MIKE HICKEY; KATHLEEN SULLIVAN; PETER MANDEL; JULIA HOVER-SMOOT; and DOES 1 through 100 inclusive. <br><br>Defendants. | CASE NO: C09-02121 HRL <br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND STRIKE <br>**AS AMENDED BY THE COURT** <br>CIVIL L.R. 7-7 (b) |

1

It is hereby stipulated by and among the parties to this action, through their respective counsel, that the hearing date of defendants motion to dismiss and strike portions of plaintiffs complaint presently set for September 22, 2009 at 10:00 AM be continued for 30 days.

Dated: September ____, 2009

_____
John J. Falcocchia
Counsel of Plaintiff

Dated: September 4, 2009

_____
Matthew J. Tamel
Counsel for Defendants

ORDER

**Defendants' motion has been continued to October 27, 2009, at 10:00 a.m.**
It is so ordered.

Dated: September 9, 2009

_____
Honorable Howard R. Lloyd

2