NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZULEIMA BOTELLO, a minor, by and through her Guardian ad Litem,<br><br>Plaintiff,<br>v.<br><br>MORGAN HILL UNIFIED SCHOOL DISTRICT, SUPERINTENDENT ALLAN NISHINO, DEPUTY SUPERINTENDENT BONNIE TAGNAZZINI, PRINCIPAL BARBARA NAKASOME, ASSISTANT PRINCIPAL GLENN WEBB, ASSISTANT PRINICPAL REX COFFMAN, ALEX AASEN, WILBERT WHITE, LEONARD WEBB, JUDY KENNEY, RICHARD NATHANSON, TAMMY KECK, PRESIDENT DON MOODY, BART FISHER, SHELLE' THOMAS, MIKE HICKEY, KATHLEEN SULLIVAN, PETER MANDEL, JULIA HOVER-SMOOT, and DOES 1 through 100 inclusive,<br><br>Defendants.<br>_____/ | No. C09-02121 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon filing, this action was scheduled for an initial case management conference on September 22, 2009. Ten of the nineteen defendants have since filed a motion to dismiss and strike (Docket No. 12) that is set for hearing on October 27, 2009. On September 15, 2009, the parties filed a Joint Case Management Statement advising the court that they had not discussed discovery or case scheduling as they wish to wait until after this court clarifies the scope of the complaint through

defendants' motion. Plaintiff may also add one additional defendant and dismiss the other nine defendants whom she has not yet served. In addition, the parties indicate that they are considering a request for an Early Settlement Conference with a Magistrate Judge.

Good cause appearing, the Case Management Conference set for September 22, 2009 at 1:30 p.m. in Courtroom 2 is hereby CONTINUED to **December 1, 2009 at 1:30pm** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties shall submit an updated Joint Case Management Statement no later than **November 24, 2009**. Counsel are also directed to contact forthwith the Alternative Dispute Resolution Unit to schedule a telephone conference.

Dated: September 16, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-02121 Notice will be electronically mailed to:**

Mark E. Davis           mdavis@ndkylaw.com, dmyers@ndkylaw.com
John Joseph Falcocchia  jjflawoffices@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**