.71808

\*\* E-filed October 13, 2009 \*\*

1  MARK E. DAVIS—BAR NO. 79936
   MATTHEW J. TAMEL – BAR NO. 229378
2  NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
   1960 The Alameda, Suite 210
3  San Jose, CA 95126
   Phone: 408.244.2166
4  Fax:    408.244.7815

5
   Attorneys for Defendants
6  MORGAN HILL UNIFIED SCHOOL
   DISTRICT;, Principal BARBARA
7  NAKASONE; Assistant Principal
   GLENN WEBB; Assistant Principal REX
8  COFFMAN; ALEX AASEN; WILBERT
   WHITE; LEONARD WEBB; JUDY
9  KENNEY; RICHARD NATHANSON;
   and TAMMY KECK;

10       UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
11
12                        SAN JOSE DIVISION

13  ZULEIMA BOTELLO, a minor, by and       No. C09-02121 HRL
14  through her Guardian ad Litem,
                                            **SUBSTITUTION OF ATTORNEY**
15       Plaintiff,

16  vs.

17  MORGAN HILL UNIFIED SCHOOL
    DISTRICT, et al.,
18
         Defendants.
19

20       MORGAN HILL UNIFIED SCHOOL DISTRICT, Principal BARBARA NAKASONE,

21  Assistant Principal GLENN WEBB, Assistant Principal REX COFFMAN, ALEX AASEN,

22  WILBERT WHITE, LEONARD WEBB, JUDY KENNEY, RICHARD NATHANSON and

23  TAMMY KECK, defendants, hereby substitute Mark E. Davis, Bar No. 79936, of Davis &

24  Young, 1960 The Alameda, Suite 210, San Jose, California, 95126-1493, who is retained

25  counsel, as attorney of record in the place and stead of Needham, Davis, Kepner & Young.

26  ///

27  ///

-1-

Substitution of Attorney

.71808

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 8/31/09 | MORGAN HILL UNIFIED SCHOOL DISTRICT |
| 3 | | |
| 4 | | *Bonnie Tognazzini* |
| 5 | DATED: 8/26/09 | Bonnie Tognazzini/Deputy Superintendent |
| 6 | | |
| 7 | | BARBARA NAKASONE |
| 8 | DATED: 8/26/09 | |
| 9 | | |
| 10 | | GLENN WEBB |
| 11 | DATED: 9/21/09 | |
| 12 | | REX COFFMAN |
| 13 | DATED: 8/26/09 | |
| 14 | | |
| 15 | | ALEX AASEN |
| 16 | DATED: 8/26/09 | |
| 17 | | Wilbert White |
| 18 | DATED: 10/2/09 | WILBERT WHITE |
| 19 | | |
| 20 | | LEONARD WEBB |
| 21 | DATED: 8/26/09 | |
| 22 | | Judith a Kenney |
| 23 | DATED: 8/26/09 | JUDY KENNEY |
| 24 | | |
| 25 | | RICHARD NATHANSON |
| 26 | | |
| 27 | | |

Substitution of Attorney

-2-

DATED: _____

_____
LEONARD WEBB

DATED: _____

_____
JUDY KENNEY

DATED: _____

_____
RICHARD NATHANSON

DATED: 9-3-09

_____
TAMMY KECK

I hereby consent to the above substitution.

DATED: 10-12-09

NEEDHAM, DAVIS, KEPNER & YOUNG

By _____
CRAIG NEEDHAM

///

///

///

-3-

71808

1 | I hereby accept the above substitution.

2 | DATED: 10-8-09

DAVIS & YOUNG

By _____
MARK E. DAVIS

**ORDER**

Substitution of Attorney is hereby approved.

DATED: October 13, 2009

_____
HOWARD R. LLOYD
UNITED STATES DISTRICT
MAGISTRATE JUDGE

-4-

Substitution of Attorney
{NDKY Main\7413\71808\PLEADING\00150519.DOC}