JOHN J. FALCOCCHIA, ESQ., S. B.# 164505
LAW OFFICES OF JOHN J. FALCOCCHIA
950 S. Bascom Avenue, Suite 1113
San Jose, CA 95128
Tel: (408) 286-9105
Fax (408) 286-0964

** E-filed November 30, 2009 **

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ZULEIMA BOTELLO,
a minor, by and through her
Guardian ad Litem,

Plaintiff,

v.

MORGAN HILL UNIFIED SCHOOL
DISTRICT; SUERINTENDENT
ALLAN NISHINO; DEPUTY
SUPERINTENDENT BONNIE TAGNAZZINI;
PRINCIPAL BARBARA NAKASOME;
ASSISTANT PRINCIPAL GLENN WEBB;
ASSISTANT PRINICPAL REX COFFMAN;
ALEX AASEN; WILBERT WHITE;
LEONARD WEBB; JUDY KENNEY;
RICHARD NATHANSON, TAMMY KECK;
PRESIDENT DON MOODY;
BART FISHER; SHELLE' THOMAS; MIKE
HICKEY; KATHLEEN SULLIVAN; PETER
MANDEL; JULIA HOVER-SMOOT; and
DOES 1 through 100 inclusive.

Defendants.

) CASE NO: C09-02121 HRL
)
) STIPULATION AND ORDER
) EXTENDING TIME TO FILE
) AMENDED COMPLAINT

1

It is hereby stipulated by and among the parties to this action, through their respective counsel, that the date by which the plaintiff must file a first amended complaint is extended from Wednesday, December 2, 2009 until Thursday, December 17, 2009.

This extension of time within which to file an amended complaint is due to the Plaintiff's desire to add one additional defendant so as to assert specific factual allegations against her in the amended complaint. This additional defendant was a counselor and employee of Morgan Hill Unified School District and was told by plaintiff and was made aware of the daily harassment and discrimination suffered by plaintiff.

Defense counsel has been unable to locate and confirm the identity of this additional party defendant because this party transferred to another school district. Defense counsel has since located this party and likewise needs additional time to confirm facts relating to the allegations of the complaint before he reveals her identity and she is named as a defendant.

Dated: November 25, 2009

John J. Falcocchia
Counsel for Plaintiff

Dated: November 25, 2009

Mark E. Davis
Counsel for Defendants

It is so ordered.

Dated: November __30__, 2009

ORDER

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE