**\*\* E-filed January 26, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZULEIMA BOTELLO, a minor, by and through her Guardian ad Litem, SONIA BURRUETE,<br><br>        Plaintiff,<br>    v.<br><br>MORGAN HILL UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants.<br>_____/ | No. C09-02121 HRL<br><br>**ORDER (1) DISMISSING UNSERVED DEFENDANTS, (2) REFERRING PARTIES TO MEDIATION, AND (3) SETTING FURTHER CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

The order that follows is based on the discussion at the January 26, 2010 Case Management Conference.

**A.    Unserved Defendants**

Plaintiff filed suit in May 2009 against defendant Morgan Hill Unified School District ("MHUSD") and eighteen individual defendants. MHUSD and nine of the individual defendants moved to dismiss the complaint, which this court granted in part. Plaintiff's First Amended Complaint, filed in December 2009, was against all of the original defendants plus one more; of these, eleven (including the new defendant) filed an answer to the complaint.

After plaintiff informed the court that she still had not served nine of the original defendants, the court warned plaintiff that if she failed to serve these defendants by January 26, 2010, that the court would dismiss the action without prejudice as to those defendants pursuant to Federal Rule of

1 Civil Procedure 4(m). At the Case Management Conference, plaintiff indicated her continued intent
2 to bring two of these unserved defendants into the case: former Superintendent Alan Nishino and
3 Deputy Superintendent Bonnie Tognazzini. However, plaintiff agreed that the remaining unserved
4 defendants could be dismissed from the case. Accordingly, the court dismisses the following
5 defendants from this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m): Don
6 Moody, Bart Fisher, Shelle Thomas, Mike Hickey, Kathleen Sullivan, Peter Mandel, and Julia
7 Hover-Smoot.

8 Counsel shall take immediate steps to ensure that defendants Nishino and Tognazzini have
9 made their appearances by February 18, 2010.

**B.     Referral to Mediation**

The parties have agreed to court-appointed mediation for purposes of Alternative Dispute Resolution. The deadline for the parties' mediation session is ninety days from this order.

**C.     Further Case Management Conference**

Because of the unsettled nature of the parties to this action, the court declines to set a case schedule at this time. Therefore, a further case management conference is scheduled for Thursday, February 18, 2010 at 1:30 p.m. The parties shall complete their initial disclosures by February 5, 2010 and are authorized to begin discovery prior to the February 18 conference. In addition, the parties shall file a combined Federal Rule of Civil Procedure 26(f) report and updated Case Management Statement by Friday, February 12, 2010 that includes a status update concerning defendants Nishino and Tognazzini as well as the parties' proposed discovery and case schedule.

**IT IS SO ORDERED.**

Dated: January 26, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-02121 N**otice **will be electronically mailed to:**

John Joseph Falcocchia    jjflawoffices@yahoo.com
Mark E. Davis    mdavis@davisyounglaw.com, dmyers@davisyounglaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**