808

\*\* E-filed May 13, 2010 \*\*

1  MARK E. DAVIS—BAR NO. 79936
   MATTHEW J. TAMEL – BAR NO. 229378
2  DAVIS & YOUNG, APLC
   1960 The Alameda, Suite 210
3  San Jose, CA 95126
   Phone: 408.244.2166
4  Fax:   408.244.7815

5
   Attorneys for Defendants
6  MORGAN HILL UNIFIED SCHOOL
   DISTRICT;, Principal BARBARA
7  NAKASONE; Assistant Principal
   GLENN WEBB; Assistant Principal REX
8  COFFMAN; ALEX AASEN; WILBERT
   WHITE; LEONARD WEBB; JUDY
9  KENNEY; RICHARD NATHANSON;
   TAMMY KECK; MARIA CANALES,
10 Sued herein as Doe 1; and BONNIE
   TOGNAZZINI

11              UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
12
                              SAN JOSE DIVISION
13

14 | ZULEIMA BOTELLO, a minor, by and     | No. C09-02121 HRL
15 | through her Guardian ad Litem, SONIA  |
   | BIRRUETE                              | STIPULATION AND ORDER DEEMING
16 |                                       | ANSWER OF DEFENDANTS MORGAN HILL
   |        Plaintiff,                     | UNIFIED SCHOOL DISTRICT, BARBARA
17 |                                       | NAKASONE, GLENN WEBB, REX
   | vs                                    | COFFMAN, ALEX AASEN, WILBERT
18 |                                       | WHITE, LEONARD WEBB, JUDY KENNEY,
   | MORGAN HILL UNIFIED SCHOOL            | RICHARD NATHANSON, TAMMY KECK
19 | DISTRICT, et al.,                     | AND MARIA CANALES (DOE 1) TO FIRST
   |                                       | AMENDED COMPLAINT FOR
20 |        Defendants.                    | DECLARATORY AND INJUNCTIVE RELIEF
   |                                       | AND FOR DAMAGES BE THE ANSWER OF
21 |                                       | BONNIE TOGNAZZINI
22 |                                       | [JURY TRIAL DEMANDED]
23

24      IT IS HEREBY STIPULATED by and between the parties and their attorneys of

25 record that the Answer previously filed on January 19, 2010, to plaintiff's First Amended

26 Complaint, on behalf of defendants Morgan Hill Unified School District, Barbara Nakasone,

27 Glenn Webb, Rex Coffman, Alex Aasen, Wilbert White, Leonard Webb, Judy Kenney,

-1-

Stip & Order Deeming Answer Of Defs. MHUSD, B. Nakasone, G. Webb, R. Coffman, A. Aasen, W. White, L. Webb, J. Kenney, R. Nathanson, T. Keck & M. Canales (Doe 1) To First Amended Complaint Be The Answer Of Bonnie Tognazzini
{NDKY Main\7413\71808\PLEADING\00155664.DOC}

1808

Richard Nathanson, Tammy Keck and Maria Canales (Doe 1), be deemed to be the answer of defendant BONNIE TOGNAZZINI.

DATED: 5/12/10

LAW OFFICES OF JOHN J. FALCOCCHIA

By _____
JOHN J. FALCOCCHIA,
Attorney for Plaintiff

DATED: 4-26-10

DAVIS & YOUNG, APLC

By _____
MARK E. DAVIS,
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the Answer [Document 34] previously filed on behalf of defendants Morgan Hill Unified School District, Barbara Nakasone, Glenn Webb, Rex Coffman, Alex Aasen, Wilbert White, Leonard Webb, Judy Kenney, Richard Nathanson, Tammy Keck and Maria Canales (Doe 1), to plaintiff's First Amended Complaint [Document 31], be deemed to be the Answer of defendant BONNIE TOGNAZZINI.

DATED May 13, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

-2-